UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEE BROTHERS, INC., DBA FOUR IN ONE CO., INC. on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br>vs.<br><br>AJINOMOTO COMPANY, INC.; AJINOMOTO U.S.A., INC.; AJINOMOTO EURO-ASPARTAME S.A.; AJINOMOTO SWITZERLAND A.G.; AJINOMOTO FOOD INGREDIENTS, LLC; DAESANG CORPORATION f/k/a MIWON CO., LTD.; DAESANG AMERICA, INC., f/k/a MIWON AMERICA, INC.; MONSANTO COMPANY; THE NUTRASWEET COMPANY; NUTRASWEET PROPERTY HOLDINGS, INC.; J.W. CHILDS ASSOCIATES L.P.; NUTRASWEET A.G.; EURO-ASPARTAME S.A.; HOLLAND SWEETNER COMPANY V.O.F.; HOLLAND SWEETNER NORTH AMERICA, INC.; and DOES 1-100,<br><br>    Defendants | Case No. C-06-cv-03414 (EDL)<br><br>**[PROPOSED] ORDER TRANSFERRING CASE UNDER 28 U.S.C. §1404(a) TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA** |

//

//

1  AND NOW, upon consideration of plaintiff Four In One's Unopposed Motion to
2  Transfer Case Under 28 U.S.C. §1404(a) to the United States District Court for the Eastern
3  District of Pennsylvania, this Court finds that it is in the interests of judicial efficiency and
4  justice that this case be transferred to the United States District Court for the Eastern District of
5  Pennsylvania.
6  IT IS SO ORDERED, that this case is TRANSFERRED pursuant to 28 U.S.C. §1404(a)
7  to the United States District Court for the Eastern District of Pennsylvania, where several related
8  actions are already pending.

BY THE COURT:

7/24/06   _____
          Saundra B. Armstrong